IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF IOWA
CENTRAL DIVISION

| | |
|---|---|
| JACQUELINE LOEW,<br><br>   Plaintiff,<br><br>vs.<br><br>SAYDEL COMMUNITY SCHOOL DISTRICT and KEVIN SCHULTE,<br><br>   Defendants. | Case No. 4:22-cv-00250-SHL-WPK<br><br><br><br>JOINT STATUS REPORT |

COME NOW the Plaintiff and Defendants and provide the Court with the following Joint Status Report:

1. On June 5, 2023, the Court ordered the Parties to confer and file a joint status report as to the progress and status of this case. (ECF 39). The discovery deadline in this case is July 14, 2023. (ECF 38).

2. The Parties have conferred as ordered.

3. The Parties have conducted seven depositions. Two additional depositions are scheduled for July 7, 2023. No depositions are expected to take place after discovery closes on July 14, 2023.

4. The Parties have exchanged thousands of pages of documents across their initial and supplemental disclosures and discovery responses. Both sides have served document subpoenas on third parties and received responsive documents.

5. The Parties believe the case remains on track with the current pre-trial deadlines.

6.     The Defendants may file a motion to compel prior to the current discovery deadline, but the Parties continue to discuss the issues underlying that possibility.

7.     Other than a potential motion to compel, at this time, the Parties are unaware of any other issues that would require the Court's attention.

8.     The Parties presently do not anticipate any need for an extension of pretrial deadlines or a continuance of the trial date.

Respectfully submitted,

/s/ Nathan J. Borland
TIMMER & JUDKINS, P.L.L.C.
Nathan J. Borland AT0011802
nate@timmerjudkins.com
Ashley Madsen AT0014921
ashley@timmerjudkins.com
1415 28th Street, Suite 375
West Des Moines, IA 50266
Telephone: (515) 259-7462
Fax: (515) 361-5390
ATTORNEYS FOR PLAINTIFF

/s/ Brianna Long
Katie Graham, AT0010930
Brianna Long, AT0013958
Katherine Hamilton, AT0014891
NYEMASTER GOODE, P.C.
700 Walnut Street, Suite 1600
Des Moines, IA 50309
Telephone: 515-283-3100
Facsimile: 515-283-8045
Email: klgraham@nyemaster.com
Email: blong@nyemaster.com
Email: khamilton@nyemaster.com
ATTORNEYS FOR DEFENDANTS