IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF IOWA
CENTRAL DIVISION

| | |
|---|---|
| JACQUELINE LOEW,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>SAYDEL COMMUNITY SCHOOL DISTRICT and KEVIN SCHULTE,<br><br>　　　　Defendants. | Case No. 4:22-cv-00250-SHL-WPK<br><br><br>**STIPULATION OF DISMISSAL WITH PREJUDICE** |

COMES NOW the Plaintiff and states the following for her Stipulation of Dismissal:

1. Acting pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), Plaintiff Jacqueline Loew hereby dismisses with prejudice her action against Defendants Saydel Community School District and Kevin Schulte.

2. This stipulation of dismissal is signed by all parties who have appeared in this case.

WHEREFORE, Plaintiff respectfully requests the Clerk of Court terminate and close this case.

Respectfully submitted,

*/s/ Nathan Borland*
TIMMER & JUDKINS, P.L.L.C.
Nathan Borland AT0011802
nate@timmerjudkins.com
Ashley Madsen AT0014921
ashley@timmerjudkins.com
1415 28th Street, Suite 375
West Des Moines, Iowa 50266
Telephone: (515) 259-7462
Fax: (515) 361-5390
**ATTORNEYS FOR PLAINTIFF**

*/s/ Brianna Long*
Katie Graham, AT0010930
Brianna Long, AT0013958
Katherine Hamilton, AT0014891
NYEMASTER GOODE, P.C.
700 Walnut Street, Suite 1600
Des Moines, IA 50309
Telephone: 515-283-3100
Facsimile: 515-283-8045
Email: klgraham@nyemaster.com
Email: blong@nyemaster.com
Email: khamilton@nyemaster.com
**ATTORNEYS FOR DEFENDANTS**